_Marvin Green_                     )

_____            )

_____            )
(Enter above the NAME of the
plaintiff in this action.)         )

v.                                 )

_Unicoi County Sheriffs Office_    )

_Joy Harmon_                       )

_R. Mitchell Manuel_               )    official capacity only
(Enter above the NAME of each
defendant in this action.)         )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES (   ) NO (X)

B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES (√) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (√)

C. If your answer is YES,

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer to B is NO, explain why not. _NON Grievable_____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2.    What was the result? _____

_____

## III.   PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.    Name of plaintiff: Marvin Green

Present address: P.O. Box 4; Unicoi County Jail

Permanent home address: Homeless 111 Church St

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.    Defendant: Unicoi County Sheriff's Office

Official position: Plaintiff suing in Offrcial Capacity

Place of employment: Unicoi County Court house

C.    Additional defendants: Joy Harmon and R. Mitchell Manuel

Plaintiff is requesting injunction only that defendant Not be allowed to continue CONDUCT.

## IV.   STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On 8-15-2025 at 5:26 am in Unicoi County Tennessee Cpl Jonathan Williams with Unicoi County Sheriffs Office arrested Plaintiff without a

3

arrest warrant. Shortly after the booking process, Plaintiff was served with arrest warrant. I, Plaintiff asked Cpl. Williams who was Joy Harmon that found probable cause and approved that to the arrest warrant. I told Cpl. Williams that she wasn't authorized to approve warrant and he told jailers to place oneself back in jail cell and he left the jail. (Plaintiff is only suing Joy Harmon as not being authorized by law to make Probable Cause Determination and issue arrest warrants).

Claim #2
On 9-3-2025 at 2:00 p.m in Unicoi County, Tennessee the Judge denied Plaintiff(s) the right to proceed (to) with the appointment of counsel in open Court. I'm being held in custody without counsel without and justification.

Claim #3
On 9-3-2025 @ 2:10 p.m in Unicoi County Tennessee in Open Court I tried to file a Writ of Habeas Corpus of my behalf and the judge refused to allow oneself the right to file or submit the Great Writ to challenge the restraint on my liberty.

4

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

Declare it unconstitutional for Joy Harmon to act as a judge in issuing arrest WARRANt(s); declare it unconstitutional for for Court to deny indigent defendant(s) to counsel; declare Plaintiff has been denied access to Court & the Writ of Habeas Corpus; Plaintiff be provided with Counsel at defendant(s) cost; and the defendant(s) don't be allowed to continue conduct.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _18th_ day of _September_, 20 25.

_____
Signature of plaintiff(s)

111 Church St
Erwin TN 37650

5