UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| MARVIN GREEN, | ) |
| Plaintiff, | ) 2:25-CV-00159-DCLC-CRW |
| vs. | ) |
| UNICOI COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court to consider the report and recommendation ("R&R") of the United States Magistrate Judge [Doc. 6]. In the R&R, the magistrate judge recommends that the Court deny Plaintiff's motion to proceed *in forma pauperis* [Doc. 1]. Plaintiff has not filed objections to the R&R. *See* Fed. R. Civ. P. 72(b).

The R&R finds that Plaintiff is disqualified from filing *in forma pauperis* because he is a three-strikes litigant under the Prison Litigation Reform Act ("PLRA"). 28 U.S.C. § 1915(g); [Doc. 6, pgs. 3–4]. The R&R also finds that Plaintiff did not plead sufficient facts to establish the imminent danger of serious physical injury exception to the PLRA three strikes rule. *Id.* pg. 4.

After thorough consideration of the R&R [Doc. 6], and the record, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 6] is **ADOPTED**, and Plaintiff's motion to proceed *in forma pauperis* [Doc. 1] is **DENIED**. Finally, pursuant to the recommendation of the magistrate judge, it is hereby **ORDERED** that Plaintiff pay the civil filing

fee by **January 19, 2026**.  Failure to pay the filing fee by the deadline will result in dismissal of this case without prejudice.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge
